(C.D. 3118)

Allard Novelty Co. v. United States

United States Customs Court, First Division

(Decided September 19, 1967)

*Glad & Tuttle* for the plaintiff.
*Carl Eardley*, Acting Assistant Attorney General, for the defendant.

Before Watson and Beckworth, Judges

Watson, Judge: This suit has been submitted for decision on the following agreement between counsel for the respective parties:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the plaintiff and the Assistant Attorney General for the United States that the items marked "A" and initialed GER (Commodity Specialist's Initials) by Commodity Specialist Gerald E. Rankin (Commodity Specialist's Name) on the invoices covered by the above entitled protest and assessed with duty at 28 per cent ad valorem under Item 748.20, Tariff Schedules of the United States, as plastic articles made from artificial fruits, and claimed dutiable at 17 per cent ad valorem under Item 772.15, TSUS, as other plastic articles chiefly used for serving food, consists of plastic party picks chiefly used for serving food.

IT IS FURTHER STIPULATED AND AGREED that the above entitled protest be submitted on this stipulation, the same being limited to the items marked "A" as aforesaid.

Accepting this stipulation as a statement of fact, we hold the merchandise marked with the letter "A" and initialed G.E.R. by Com-

modity Specialist Gerald E. Rankin on the invoice accompanying the entry covered by the involved protest properly dutiable at the rate of 17 percent ad valorem under item 772.15 of the Tariff Schedules of the United States, as other plastic articles chiefly used for serving food, as claimed.

To the extent indicated, the protest is sustained. As to all other merchandise, the claims are overruled.

Judgment will issue accordingly.